# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM D. ABED
209 PENBROKE ROAD SW
POPLAR GROVE, IL  61065

SSN-xxx-xx-3354

Case Number: 06-71781

Case filed on: 9/28/2006
Plan Confirmed on: 2/7/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,543.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 1,796.38 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 1,796.38 | 0.00 |
| 007 | NATIONAL ACTION FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MAXWELL & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM D. ABED | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 13,873.10 | 13,873.10 | 1,626.90 | 851.55 |
| 002 | FIRST FRANKLIN FINANCIAL CORP | 4,272.35 | 4,272.35 | 0.00 | 0.00 |
| 003 | FIRST FRANKLIN FINANCIAL CORP | 24,884.54 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 43,029.99 | 18,145.45 | 1,626.90 | 851.55 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AQUA ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 466.27 | 466.27 | 0.00 | 0.00 |
| 006 | CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 420.72 | 420.72 | 0.00 | 0.00 |
| 009 | NICOR GAS | 339.10 | 339.10 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 572.25 | 572.25 | 0.00 | 0.00 |
| 011 | PROFESSIONAL CAREER DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AFNI/VERIZON | 202.00 | 202.00 | 0.00 | 0.00 |
| 015 | VATIV RECOVERY SOLUTIONS LLC | 30.86 | 30.86 | 0.00 | 0.00 |
|  | Total Unsecured | 2,031.20 | 2,031.20 | 0.00 | 0.00 |
|  | Grand Total: | 47,561.19 | 22,676.65 | 3,423.28 | 851.55 |

Total Paid Claimant:    $4,274.83
Trustee Allowance:    $268.17
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan